AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

|  |  |
|---|---|
| TUMI, INC., a New Jersey corporation<br>_____<br>*Plaintiff(s)*<br>v.<br>M. CIAMPA ENTERPRISES, LLC, a Florida limited<br>liability company, and KYLE CIAMPA, an<br>individual, and JOHN DOES, 1-100, individually or<br>as corporate/business entities<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 2:17. CV.536.7+m.99
MRM

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA
2017 SEP 29 AM 9:43
FILED

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
M. CIAMPA ENTERPRISES, LLC
c/o KYLE CIAMPA
1660 TRADE CENTER WAY, SUITE 4
NAPLES, FL 34109-2310

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daren S. Garcia, Esq.
VORYS, SATER, SEYMOUR AND PEASE LLP
500 Grant Street, Suite 4900
Pittsburgh, Pennsylvania, 15219-2502

Liana R. Hollingsworth, Esq.
VORYS, SATER, SEYMOUR AND PEASE LLP
200 Public Square, Suite 1400
Cleveland, Ohio 44114

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/29/17

_____
*Signature of Clerk or Deputy Clerk*